# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 10, 2016

## NO. 03-15-00421-CR

**Stanley Bernard Abney, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgments requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgments as follows: the aggravated assault judgment is modified to reflect that the "Statute for Offense" is "22.02(a)(2), (b)(2)(B) Penal Code" and the Court modifies the evading arrest or detention judgment to reflect that the "Statute for Offense" is "38.04(a), (b)(1) Penal Code." The judgments, as modified, are affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.